THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES INDIVIGLIO, Defendant, and ANTHONY C. RICCO, Appellant.

Argued April 25, 1955; decided June 10, 1955.

*Joseph Lonardo* and *Henry K. Chapman* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.